

PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

JAN 3 1 2006

Name of Offender: **Alex Kincaid**                                   Case Number: **1:02CR00167**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
                                        **United States District Judge**

Date of Original Sentence: **March 27, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **27 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **February 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violations:** |

On January 21, 2006, Kincaid was arrested by the Cincinnati, Ohio police on charges of Failure to Comply, Obstructing Official Business, No Driver's License, and Tail Light Violation, and a Seat belt Violation. The case is pending a grand jury report on January 31, 2006. Kincaid is in custody at the Hamilton County Justice Center, having not made bond.

The complaints allege Kincaid was operating a vehicle with a defective tail light, and the police attempted to pull him over. Kincaid failed to comply with the visual signals to stop and fled by vehicle. He then pulled over and fled on foot being caught by the arresting officer.

On January 23, 2006, a separate misdemeanor charge was filed for Aggravated Menacing as a result of an alleged incident on January 20, 2006. The complaint alleges that Kincaid approached John Shaw, and threatened him with a black handgun demanding to know where Kincaid's ex-girlfriend was located. Kincaid has a completely different version of the incident, stating he was the one who contacted 911. He insisted he did not threaten anyone, nor did he have any type of firearm. Kincaid states he has two witnesses to verify his version of the situation.

**U.S. Probation Officer Action:**

Kincaid called this officer from the Hamilton County Justice Center, and completely disputed the Aggravated

Menacing charge. However, he stated he made a bad decision when the police attempted to pull him over on Janaury 21, 2006 for the traffic violation.

Prior to his arrest, Kincaid had been totally compliant with the conditions of supervision. All urine specimens were negative for usage of drugs. Kincaid completed the 500 hour residential drug treatment program and 6 months of outpatient treatment while in the custody of the Bureau of Prisons. He completed a rigorous 6 month drug testing program without incident. He was gainfully employed throughout the supervision period, and reported as required.

Based on his compliance until the time of his arrest, this officer is respectfully recommending no action be taken to allow for the charges to be prosecuted. This officer will keep the Court informed of the outcomes of these charges along with a recommended course of action.

Respectfully submitted,        Approved,

by                             by

Robert C. Frommeyer Jr.        John Cole
U.S. Probation Officer         Supervising U. S. Probation Officer

Date:   **January 30, 2006**   Date:   **January 30, 2006**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

2/8/06
Date