PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Alex Kincaid**                                           Case Number: **1:02CR00167**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **March 27, 2003**

Original Offense: **Possession of a Firearm by a Convicted felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **27 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**              Date Supervision Commenced: **February 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

1) Failure to Comply with Police Officer–Kincaid was arrested for this charge on January 21, 2006, and pled guilty to the charge on March 9, 2006. He was sentenced to 14 days confinement, which he had previously served.

2) Aggravated Menacing–Kincaid was arrested on January 23, 2006 on this charge. The charge was dismissed by request of prosecution on March 9, 2006.

**U.S. Probation Officer Action:**

This officer previously notified the Court of these charges on January 30, 2006. This officer requested no action be taken to allow for the cases to be prosecuted. The Court agreed with the no action recommendation on February 8, 2006.

Since then, Kincaid was sentenced on the Failure to Comply charge and was given credit for 14 days previously served. Regarding the incident, Kincaid made a bad decision to flee from the police, but did not have any drugs, weapons, or contraband during the incident. Kincaid notified this officer immediately of both situations, and was honest about his behavior in the first charge. The second charge Kincaid disputed, and it was eventually dismissed.

While the cases were pending, this officer required Kincaid to submit to weekly drug tests. Kincaid has shown up for every drug test, and all of the specimens have been negative for drugs to date. This will continue through the end of April. He has been compliant in all other aspects of his supervision requirements, and has

PROB 12A
(12/98)

2

maintained employment throughout most of the supervision term with the exception of a three week layoff, but then found a better paying job.

Based on his compliance, abstinence from drugs, and 14 days he served on the conviction, this officer believes the 14 days of confinement is sufficient punishment for his behavior. Therefore, this officer is respectfully recommending no action be taken for the misdemeanor criminal conviction Kincaid incurred.

Respectfully submitted,          Approved,

by *[signature]* by *[signature]*

Robert C. Frommeyer Jr.          John Cole
Senior U. S. Probation Officer   Supervising U. S. Probation Officer

Date:    April 10, 2006          Date:    April 10, 2006

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

April 14, 2006
Date