

PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

### Report on Offender Under Supervision



RECEIVED JUN 1 8 2007

Name of Offender: **Alex Kincaid**  Case Number: **1:02CR00167**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **March 27, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **27 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **February 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On May 28, 2007, Kincaid was arrested by the Cincinnati police on the charge of Domestic Violence. The case is still pending in Hamilton County Municipal Court.

The complaint alleges Kincaid hit his fiancee, Tawana Carter in the head during an argument.

**U.S. Probation Officer Action:**

This officer spoke with Tawana Carter the alleged victim in this new charge. She stated she was arguing with Kincaid about him not helping her out that evening with the house and the children. She stated she told him to take a walk or stay somewhere else that evening as she was mad at him. During the argument, the police arrived and arrested him. She admitted that Kincaid did hit her one time. She stated she did not call the police and had no intention of filing any charges.

Kincaid had been compliant with the conditions of supervision, although he was convicted of Failing to Comply with a Police Officer, for which he received a 14 day jail sentence in 2006. The Court concurred with this officer's recommendation that the 14 day sentence was sufficient punishment given the circumstances. All urine specimens were negative for usage of drugs. Kincaid completed the 500 hour residential drug treatment program and 6 months of outpatient treatment while in the custody of the Bureau of Prisons. He also completed a rigorous 6 month drug testing program without incident. He was gainfully employed throughout

PROB 12A
(12/98)

2

the supervision period, and reported as required. Carter stated Kincaid changed dramatically in the last year, having cut off all of his problematic acquaintances. She indicated he is a good father, and normally takes care of the children.

Based on his overall compliance and his fiancee expressing that she did not want charges filed, this officer is respectfully recommending no action be taken to allow for the charges to be prosecuted. This officer will keep the Court informed of the outcomes of these charges along with a recommended course of action.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *signature* by *signature* | *signature* |
|  | Robert C. Frommeyer Jr. | John Cole |
|  | U.S. Probation Officer | Supervising U.S. Probation Officer |
|  | Date: June 15, 2007 | Date: 6/18/07 |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*signature*
Signature of Judicial Officer

6/20/07
Date