PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Alex Kincaid**                                        Case Number: **1:02CR00167**

Name of Sentencing Judicial Officer:        **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **March 27, 2003**

Original Offense: **Possession of a Firearm by a Convicted felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **27 months BOP confinement,  3 years supervised release**

Type of Supervision: **Supervised Release**                Date Supervision Commenced: **February 7, 2005**

## NON-COMPLIANCE SUMMARY
The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |

On July 5, 2007, Kincaid was cited for Driving Under Suspension.  He was convicted of Driving Under Suspension in Hamilton County Municipal Court on October 15, 2007 and sentenced to three days in jail.

In June 2007, the Court was advised that Kincaid had a pending charge of Domestic Violence. The charge was dismissed by the Hamilton County Municipal Court on July 9, 2007.

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken. It should be noted that Kincaid's term of supervised release is scheduled to expire on February 6, 2008.**

Respectfully submitted,                                    Approved,

by                                                         by

**Mark R. Grawe**                                          **John C. Cole**
U. S. Probation Officer                                    Supervising U. S. Probation Officer
Date:    **January 8, 2008**                               Date:    **January 8, 2008**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

Jan 10, 2008
Date